UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, Defendant. 80 COLUMBUS CIRCLE (NYC) LLC, Claimant. | No. CV 16-5374-DSF (PLAx) **FIRST AMENDED CONSENT JUDGMENT OF FORFEITURE** [This Consent Judgment is case-dispositive] |
|---|---|

## I. INTRODUCTION

1. Plaintiff United States of America ("United States" or "the government") and claimant 80 Columbus Circle (NYC) LLC ("Claimant") (collectively, together with certain non-claimants who have agreed to be bound by this Judgment[1], the "Parties")

---

[1] The non-claimant parties to the Stipulation seeking entry of this Judgment are FFP (Cayman) Limited, FFP Trustee (NZ) Limited, and FFP (Directors) Limited, FFP (Corporate Services) Limited (collectively, "FFP"); the FFP-controlled claimants identified below (together with "FFP," the "Claimant Entities"); and beneficiaries Low Hock Peng, Goh Gaik Ewe, Low May Lin, Low Taek Szen, and Low Taek Jho (collectively, the "Low Family").

have made a stipulated request (the "First Amended Stipulation") for the entry of this First Amended Consent Judgment, which entry disposes of the entirety of this action.

## II. FINDINGS

The Court, having considered the First Amended Stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

### Jurisdiction

2. Solely for purposes of this First Amended Consent Judgment, this Court has jurisdiction over the Parties and over the subject matter of this action. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. If taken as true, the allegations set out in the operative complaint are sufficient to state a claim for forfeiture of the Defendant Real Property.

### Disposition of Forfeited Defendant Real Property

3. Upon entry of this First Amended Consent Judgment, the defendant *res* in the above-captioned action shall not be deemed forfeited until the Defendant Real Property is sold and the proceeds of the sale distributed pursuant to the First Amended Order for Interlocutory Sale.

4. Any pre-existing contracts that the Parties have entered into with Modlin Group (as the listing agent and potential buyers of the Defendant Real Property in relation to the sale of the Defendant Real Property shall remain in place.

5. With respect to the Defendant Real Property held in trusts, FFP petitioned and obtained from the court in New Zealand an order known as a "blessing order" authorizing FFP to forfeit or otherwise distribute the Defendant assets in this action to the United States in accordance with the orders of this Court.

6. In the event that any provision of the First Amended Stipulation or this First Amended Consent Judgment conflicts with any prior stipulation or order filed or entered in this action, including, without limitation, the original Stipulation and Request to Enter

Consent Judgment of Forfeiture (Dkt. No. 141) and Consent Judgment of Forfeiture (Dkt. No. 143), this First Amended Consent Judgment shall control.

7. Should any dispute arise about the interpretation of or compliance with the terms of this First Amended Consent Judgment, the Parties shall attempt in good faith to resolve any such disputes. Should they be unable to resolve any such dispute, the Parties may move this Court to impose any remedy this Court deems necessary to enforce the terms of this First Amended Consent Judgment.

Dated: March 19, 2020

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR
Chief, MLARS

NICOLA T. HANNA
United States Attorney

/s/
MICHAEL SEW HOY
Assistant United States Attorney
WOO S. LEE
Deputy Chief, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA